UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON SLAWSON | * | CIVIL ACTION |
| VERSUS | * | NO. 15-3191 |
| CELLULAR SALES OF KNOXVILLE, INC. | * | SECTION C (JUDGE BERRIGAN) |
| | * | MAG. 1 (JUDGE SHUSHAN) |

## ORDER

Considering the foregoing Joint Motion to Approve Settlement Under the Fair Labor Standards Act and Dismiss Lawsuit With Prejudice, having reviewed the parties' Confidential Settlement Agreement and Release *in camera*, and finding that the parties' proposed settlement involves the resolution of bona fide disputes under the Fair Labor Standards Act and is fair and reasonable, and approving same under the Fair Labor Standards Act;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the parties' Joint Motion is GRANTED and the settlement of this lawsuit is hereby approved.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT this lawsuit is DISMISSED WITH PREJUDICE and each party shall bear their own attorneys' fees and costs except as provided in the parties' Confidential Settlement and Release Agreement.

This Court shall retain jurisdiction to address any disputes between the parties regarding the parties' Confidential Settlement Agreement and Release, if necessary.

IT IS SO ORDERED this _____ day of _____ 2016.

_____
UNITED STATES DISTRICT JUDGE