UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON SLAWSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-3191** |
| **CELLULAR SALES OF KNOXVILLE, INC.** | **SECTION: "G"(1)** |

## ORDER

On August 3, 2015, Jason Slawson ("Slawson") filed a complaint against Cellular Sales of Knoxville, Inc. ("Defendant") for relief under the Fair Labor Standards Act, 29 U.S.C. 216(b) ("FLSA").[1] Before the Court is the "Joint Motion to Approve Settlement Under the Fair Labor Standards Act and Dismiss Lawsuit with Prejudice" (the "Settlement Agreement") submitted by Slawson and Defendant (collectively, the "Parties").[2] On March 22, 2016, the Court deferred ruling on the motion pending further briefing as to the parties' calculation of Slawson's overtime compensation award, any liquidated damages award, and attorney's fees.[3] The parties filed supplemental briefing under seal.[4] Having considered the motion, the memorandum in support, the supplemental briefing, the parties' Confidential Settlement Agreement and Release, and finding that the parties' proposed settlement involves the resolution of bona fide disputes under the Fair Labor Standards Act and is fair and reasonable, and approving same under the Fair Labor Standards Act,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Approve Settlement is **GRANTED** and the settlement of this lawsuit is hereby approved.

---

[1] Rec. Doc. 1.

[2] Rec. Doc. 19.

[3] Rec. Doc. 20.

[4] *See* Rec. Docs. 21, 24, 26.

**IT IS FURTHER ORDERED** that this lawsuit is **DISMISSED WITH PREJUDICE** and each party shall bear their own attorneys' fees and costs except as provided in the parties' Confidential Settlement and Release Agreement. This Court shall retain jurisdiction to address any disputes between the parties regarding the parties' Confidential Settlement Agreement and Release, if necessary.

**NEW ORLEANS, LOUISIANA**, this  29th day of April, 2016.

                                        **NANNETTE JOLIVETTE BROWN**
                                        **UNITED STATES DISTRICT JUDGE**